IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| DEBRA A. LATCHUM, | ) | Case No. 4:10CV00050 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |
| | ) | |

Before me is the Report and Recommendation (ECF No. 17) of the United States

Magistrate Judge recommending an Order be entered GRANTING, in part, Plaintiff's Motion for

Summary Judgment (ECF No. 13) and REMANDING this case to the Commissioner for further

proceedings.  This Report was filed on July 25, 2011 from which the parties had fourteen (14) days

to file objections.  No objections were filed.  Accordingly, it is this day **ADJUDGED** and **ORDERED**

that the Report and Recommendation shall be, and hereby is, **ADOPTED** in its entirety.  Plaintiff's

Motion for Summary Judgment is **GRANTED IN PART**, and the case is hereby **REMANDED** to the

Commissioner for further proceedings under Sentence Four of 42 U.S.C. § 405(g) as directed in

the Report and Recommendation.

The Clerk is directed to dismiss this case from the docket of the Court and to send a copy

of this Order to counsel as well as to Magistrate Judge Crigler.

ENTERED this 9th Day of August 2011.

s/Jackson L. Kiser
Senior United States District Judge